UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| SHARYN FRIEDMAN, | |
|---|---|
| Plaintiff, | Case No. 1:2019-CV-05893 |
| -v- | (Document Electronically Filed) |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

**JOINT NOTICE OF MOTION TO FILE ERISA ADMINISTRATIVE RECORD UNDER SEAL**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Joint Motion to File ERISA Administrative Record Under Seal, the Declaration of Hillary E. August in support, and the Administrative Record filed under seal concurrently herewith, Plaintiff Sharyn Friedman and Defendant Charter Communications jointly move this Court, before the Honorable Chief Judge Colleen McMahon, in the United States District Court, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, on a date and a time to be designated by the Court, for an Order granting the Parties' Joint Motion and allowing the Administrative Record in this ERISA matter to be filed under seal.

1

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on March 9, 2020, via the Court's ECF system.

/s/ <u>Hillary E. August</u>
Hillary E. August