# Morgan Lewis

**Sari M. Alamuddin**
Partner
+1.312.324.1158
sari.alamuddin@morganlewis.com

May 12, 2020

**VIA ECF**

Hon. Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

Re:   Friedman v. Charter Communications. Inc.,
      Case No. 1:19-cv-05893 (CM)

Dear Judge McMahon:

We represent Defendant Charter Communications, Inc. ("Defendant") in the above-referenced action and are writing on behalf of both the Defendant and Plaintiff Sharyn Friedman ("Plaintiff") (together with Plaintiff, the "Parties") to jointly request a brief extension of time for both Parties to submit their opposition and reply papers to further support their respective summary judgment motions in this matter.

Pursuant to your Honor's "Modification to Existing Civil Scheduling Orders and Related Matters," the deadline for both parties to file their opposition briefs is May 15, 2020. In order to permit the parties time to explore whether resolution of this matter is possible, and to preserve resources of both the parties and the Court, the parties respectfully request that the current May 15, 2020 deadline for both parties to submit their opposition briefs be extended to May 29, 2020. We further ask the Court to extend the summary judgment reply motion deadline for both Parties to June 19, 2020.

This is the first extension request from the Plaintiff and/or Defendant. The parties jointly request the above-described extensions, and, accordingly, neither Plaintiff nor Defendant object to this request. The requested extension will not impact any other scheduled dates with the Court. We thank you for your consideration of this request.

*[Handwritten endorsement: MEMO ENDORSED 5/14/20 Extensions Granted /s/ Colleen McMahon]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]*

**Morgan, Lewis & Bockius LLP**

77 West Wacker Drive
Chicago, IL  60601-5094
United States

☎ +1.312.324.1000
📠 +1.312.324.1001

May 12, 2020
Page 2

Respectfully submitted,

/s/ Sari M. Alamuddin
Sari M. Alamuddin
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive
Chicago, IL 60601
*Counsel for Defendant*

/s/ Evan Sanford
Evan Sanford
Fields Law Office, Ltd.
9999 Wayzata Blvd
Minnetonka, MN 55305
*Counsel for Plaintiff*