# Morgan Lewis

**Sari M. Alamuddin**
Partner
+1.312.324.1158
sari.alamuddin@morganlewis.com

May 29, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020

**VIA ECF**

Hon. Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

MEMO ENDORSED  OK.

[signature] Colleen McMahon
8/10/2020

Re:   Friedman v. Charter Communications. Inc.,
      Case No. 1:19-cv-05893 (CM)

Dear Judge McMahon:

We represent Defendant Charter Communications, Inc. ("Defendant") in the above-referenced action and are writing on behalf of both Parties to inform the Court that the Parties have reached a settlement in principle of Ms. Friedman's claims and expect to file a stipulation of voluntary dismissal as soon as practicably possible.

In light of the parties' settlement in principle, we respectfully request that the Court stay all deadlines for 30 days to permit the parties to finalize the terms of their agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Sari M. Alamuddin*
Sari M. Alamuddin, *Counsel for Defendant*

cc:   Evan Sanford, Esq., *Counsel for Plaintiff* (by ECF)

**Morgan, Lewis & Bockius LLP**

77 West Wacker Drive
Chicago, IL 60601-5094
United States

☎ +1.312.324.1000
📠 +1.312.324.1001