IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharyn Friedman,<br><br>       Plaintiff,<br><br>v.<br><br>Charter Communications, Inc.,<br><br>       Defendant. | Court File No. 19-cv-05893-CM<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

Based on the STIPULATION OF DISMISSAL filed by the parties herein, this Court hereby orders that the Complaint against the Defendant Charter Communications, Inc. shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Defendant CHARTER COMMUNICATIONS, INC.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020

BY THE COURT:

_____
The Honorable Colleen McMahon
Judge of United States District Court

Dated: 8/18/2020